tends that the Court of Appeals has no power upon a quo warranto, to oust corporation from doing business in state because it permitted gambling, or to grant temporary restraining order forbidding same company to conduct business in furtherance of its unlawful conduct.

Attorneys—Joseph Heintzman; and Pogue, Hoffheimer & Pogue for Company; Chas. S. Bell for State ex; all of Cincinnati.

---

### No. 941

### STATE ex ARRAS v. DONAHEY

No. 20085. Supreme Court
Petition in error filed. Dock. Sept. 4, 1926; 4 Abs. 623.

**747. MANDAMUS—Will mandamus lie against the governor to compel him to appoint board of real estate examiners under 6373-25 GC., when legislature failed to appropriate money to pay same?**

Will mandamus lie against governor to compel him to appoint real estate examiners under 6373-25 GC. where legislature has made no appropriation or provision for funds to pay salary and expenses of the board?

Attorneys—Knepper & Wilcox, Columbus, and J. W. Jacoby, Marion, for State ex; C. C. Crabbe, Atty. Gen., and W. E. Benoy, Columbus, for Donahey.

---

# PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

| | |
|---|---|
| Ferrando v. Cicchino | 19864 |
| Smith v. Fremont (City) | 20119 |

### MOTION DOCKET

| | |
|---|---|
| Ferrando v. Cicchino | 19864 |
| Jacob v. Rose | 19900 |
| Kellog v. Seasongood | 19859 |
| Lowe et v. Kendall | 19853 |
| Mancuso v. Cleveland Ry. Co | 19916 |
| Morelli v. Guerinot | 19910 |
| Neikirk, Extr. v. Republic Bk. Co | 19925 |
| Pure Oil Co. v. Kendall et | 19855 |
| Reeves v. State | 19991 |
| Seeds et v. Seeds et | 19941 |
| Smith v. Fremont (City) | 20119 |
| Snouffer v. Snouffer | 19965 |
| Sylvania Prod. Co. v. Yost, et | 19854 |
| Toneff v. State | 20066 |
| U. S. Mach. Co. v. Hurford | 19903 |
| Wolfley, etv. Thomas, et | 19912 |

### PROCEEDINGS
### OHIO SUPREME COURT
### THURSDAY, NOV. 4, 1926
### GENERAL DOCKET

19864—Amedeo Ferrando v. Carmine Cicchino; error to the Cuyahoga Appeals. Petition in error dismissed; no constitutional question involved. Marshall, CJ., Matthias, Day and Allen JJ., concur. Dock. 6-4-26; 4 Abs. 379; OS. Pend. 4 Abs. 522.

20119—J. Bell Smith v. City of Fremont, Ohio; error to the Sandusky Appeals. Petition in error dismissed; no debatable constitutional question involved; on authority of Shryock v. Zanesville, 92 Ohio St., 375, and

Vansuch v. State, ex rel., 112 Ohio St., 688. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 10-4-26; 4 Abs. 674; OA. 4 Abs. 748.

### MOTION DOCKET

19853—D. W. Lowe et al v. Eva Florence Kendall. Motion for Monroe Appeals to certify. Allowed. Dock. 5-29-26, 4 Abs. 358; OS. Pend. 4 Abs. 490.

19854—Sylvania Producing Co. v. M. Yost and W. Gordon. Motion for Monroe Appeals to certify. Overruled. Dock. 5-29-26, 4 Abs. 358; OS. Pend. 4 Abs. 506.

19855—Pure Oil Co. v. Eva Florence Kendall et al. Motion for Monroe Appeals to certify. Allowed. Dock. 5-29-26, 4 Abs. 358; OS. Pend. 4 Abs. 489.

19859—Edwin E. Kellogg v. Murray Seasongood. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-4-26, 4 Abs. 379; OS. Pend. 4 Abs. 521.

19864—Amedeo Ferrando v. Carmine Cicchino. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-4-26, 4 Abs. 379; OS. Pend. 4 Abs. 522.

19864—Amedeo Ferrando v. Carmine Cicchino. Motion to dismiss petition in error filed as of right. Sustained. Dock. 6-4-26, 4 Abs. 379; OS. Pend. 4 Abs. 522

19900—Cora M. Jacob v. Anna M. Rose. Motion for Cuyahoga Appeals to certify Overruled. Dock. 6-17-26, 4 Abs. 404; OS. Pend. 4 Abs. 554.

19903—United Machine & Mfg. Co. v. Ross H. Hurford. Motion for Stark Appeals to certify. Overruled. Dock. 6-17-26, 4 Abs. 404. OS. Pend. 4 Abs. 553.

19910—Vincent A. M. Morelli v. Dr. Albert J. Guerinot. Motion for Jefferson Appeals to certify. Overruled. Dock. 6-19-26, 4 Abs. 404; OS. Pend. 4 Abs. 556.

19912—J. T. Wolfley et al v. Beman Thomas et al. Motion for Franklin Appeals to certify. Overruled. Dock. 6-21-26, 4 Abs. 404.

19916—Josephine Mancuso v. Cleveland Ry. Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-23-26, 4 Abs. 404; OS. Pend. 4 Abs. 572.

19925—Lester J. Neikirk, Extr. v. Republic Banking Co. et al. Motion for Seneca Appeals to certify. Allowed. Dock. 6-24-26, 4 Abs. 475; OS. Pend. 4 Abs. 588.

19941—Leona Estella Seeds et al. v. James William Seeds, et al. Motion for Franklin Appeals to certify. Allowed. Dock. 6-28-26, 4 Abs. 475; OS. Pend. 4 Abs. 602.

19965—John M. Snouffer v. Clara M. Snouffer. Motion for Franklin Appeals to certify. Overruled. Dock. 7-12-26, 4 Abs. 493; OS. Pend. 4 Abs. 652.

19991—Ernest Reeves v. State of Ohio. Motion for leave to file petition in error to Lucas Appeals. Allowed. Dock. 7-19-26, 4 Abs. 510.

20066—Mircho Toneff v. State of Ohio. Motion for leave to file petition in error to Ottawa Appeals. Overruled. Dock. 7-24-26, 4 Abs. 510; OA. 4 Abs. 598; OS. Pend. 4 Abs. 754.

20119—J. Bell Smith v. City of Fremont, Ohio, et al. Motion by defendant to dismiss petition in error filed as of right. Sustained. Dock. 7-28-26, 4 Abs. 525; OA. 4 Abs. 748.

### GENERAL DOCKET

| | |
|---|---|
| Krempin v. Amazon Lodge No. 567 | 19904 |
| Lykins v. Pub. Util. Com | 19801 |

### MOTION DOCKET

| | |
|---|---|
| Bach v. Phelps | 19908 |
| Brown et v. South. O. Sav. Bk. Co | 20011 |
| Cleve. Ry. Co. v. Lamos | 19929 |
| Creager v. Creager | 19911 |
| Dethloff v. Starbuck | 19902 |
| Derr v. Brown et | 19927 |
| Grote v. Gaff Estate Co | 19928 |
| Improved Home Tele. Co. v. Horn | 19948 |
| Jones v. Conn et | 20087 |
| Krempin v. Amazon Lodge No. 567 | 19904 |
| Sheffield v. Sharp | 19870 |
| Simmer et v. Supreme Council | 19921 |